Commonwealth *v.* Eberly, Appellant.

OPINION BY HEAD, J., July 10, 1918:

This appeal was argued on one set of paper books with Commonwealth v. Kreider, No. 3, October Term, 1918. The brief opinion filed in that case will disclose the reasons why we dispose of this in the same manner.

The assignments of error are overruled, the judgment is affirmed and the record is remitted to the court below for the purpose of having carried into effect the sentence of that court.